ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

WICHITA FALLS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 23 2016
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

United States of America

Plantiff

V

Larry Cecil Cabelka

Defendant

V

Logsdon Farms Inc., Chad Logsdon

Billy Logsdon, Rebecca Cabelka Thorpe, Jared Cabelka

Amanda Slate, Bonnie Cabelka. Price Farms, LLC and Kent Price

CIVIL NO. 7:16-CV-00126

Defendant Original Answer and Crossclaim:

Now comes the defendant Larry Cecil Cabelka- Defendant,

States the following:

JURISIDICTION AND VENUE:

1. Admits that this court has jurisdiction over this action Pursuant to 26 U.S.C. & 7402 (a), and 28 U.S.C. & 1340 and 1345.
2. Admits that Defendant resides in this District.

PARTIES:
3. Admits that plaintiff is the United States of America.
4. Admits that defendant Larry Cecil Cabelka is a resident of the state of Texas and of this district. And that he lives at 9636 FM 210, Megargel, Archer County, Texas 76370.

Count 1- Claim To reduce Tax Liabilities To Judgment

5. Defendant denies that these taxes belong to him and denies all of Count 1 of the claim. Defendant demands the 1099 s and any other proof that this income was his. The time period has run out.
6. Defendant denies in its entirety and denies any notices were received by him or and demands were made.
7. Defendant denies that these taxes are his taxes.

Count 11- Federal Debt Collection Procedure Act Surcharge:

8. Defendant denies

Wherefore, Defendant prays to the Court to deny the judgment to the plaintiff in the amount of 25.6 million to the United States of America. Further the Defendant prays for any other relief as the court may deem just and proper.

Now comes the defendant Larry Cecil Cabelka- Defendant,

States the following Cross claim:

1. Defendant was married to Rebecca Cabelka until 2001, Rebecca should be a party.
2. Rebecca Thorpe formerly Cabelka was responsible for turning in the taxes.
3. Since she was spouse at the time she is responsible for half of taxes if proved owed.
4. Rebecca forged signature of Jared Cabelka and used money out of Jareds account.
5. Jared Cabelka is responsible also and should be a party Bonnie Cabelka his current wife is responsible after 2000
6. Amanda slate Cabelka was a spouse of Jared in 1997 to 2002 should be a party and responsible.
7. Price farms llc., Kent Price sent an invalid 1099 and has Defendants equipment and refuse to show how payments were made and to who the payments were made or copies of checks showing where the money could be followed.
8. He has refused to show how payments were made from 1997 forward after repeated requests.
9. Logsdons Farms Inc and Chad and Billy Logsdon are holding Defendants equipment and refuse to show how payments were made and to who the payments were made or copies of checks showing where the money could be followed.
10. Plaintiff attorney refuses to produce the complete file

Further the Defendant demands a Jury Trial

*Larry Cecil Cabelka*
Larry Cecil Cabelka
Pro-se   9407821162
Po box 295 Megargel Texas 76370
~~Rangerlarrycabelka49@gmail.com~~
larry.cabelka@yahoo.com  L.C.

Certificate of Mailing

I Larry Cecil Cabelka hereby swear under oath that on November 23, 2016

And mailed a copy of the answer of the original petition to:

Ramona S. Notinger

Texas Bar No. 19158900

U.S. Department of Justice

717 N. Harwood, Suite 400

Dallas, Texas 75201