UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 7:16-CV-00126 |
| | ) |
| LARRY CECIL CABELKA, | ) |
| | ) |
| Defendant and Cross-Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| LOGSDON FARMS, INC., CHAD | ) |
| LOGSDON, BILLY LOGSDON, | ) |
| REBECCA CABELKA THORPE, JARED | ) |
| CABELKA, AMANDA SLATE, BONNIE | ) |
| CABELKA, PRICE FARMS, LLC and | ) |
| KENT PRICE, | ) |
| | ) |
| Cross-Defendants. | ) |

**ORIGINAL ANSWER OF CROSS-DEFENDANTS
LOGSDON FARMS, INC., CHAD LOGSDON, AND BILLY LOGSDON**

TO THE HONORABLE DISTRICT COURT JUDGE:

Subject to their Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Cross-Defendants Logsdon Farms, Inc., Chad Logsdon, and Billy Logsdon (the "Logsdon Cross-Defendants") file this Answer to the Crossclaim filed by Defendant and Cross-Plaintiff Larry Cecil Cabelka ("Cabelka"), and would respectfully show the Court the following:

Cabelka has made no allegations of jurisdiction or venue in his Crossclaim. As set forth in their Motion to Dismiss, the Logsdon Cross-Defendants deny that this court has subject matter jurisdiction over the claim.

1. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 1 of Cabelka's Crossclaim.

2. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 2 of Cabelka's Crossclaim.

3. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 3 of Cabelka's Crossclaim.

4. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 4 of Cabelka's Crossclaim.

5. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 5 of Cabelka's Crossclaim.

6. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 6 of Cabelka's Crossclaim.

7. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 7 of Cabelka's Crossclaim.

8. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 8 of Cabelka's Crossclaim.

9. The Logsdon Cross-Defendants deny the allegations contained in paragraph number 9 of Cabelka's Crossclaim.

10. The Logsdon Cross-Defendants lack sufficient information to either admit or deny the allegations contained in paragraph number 10 of Cabelka's Crossclaim.

### **Prayer**

WHEREFORE, PREMISES CONSIDERED, Logsdon Farms, Inc., Chad Logsdon, and Billy Logsdon ask the Court to enter a judgment that Cross-Plaintiff Larry Cecil Cabelka take

nothing by his action against them and that the Logsdon Cross-Defendants have and recover their costs.

          Respectfully submitted,

          PETERSON FARRIS BYRD & PARKER
          A Professional Corporation
          P. O. Box 9620
          Amarillo, TX 79105-9620
          (806) 374-5317; FAX: 372-2107

By    */s/ Chris D. Parker*
        Chris D. Parker, SB# 15479100
        cparker@pf-lawfirm.com
        ***Attorneys for Cross-Defendants Logsdon Farms, Inc., Chad Logsdon, and Billy Logsdon***

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2016, the foregoing document was electronically filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Larry Cecil Cabelka
P.O. Box 295
Megargel, TX 76370
    Larry.cabelka@yahoo.com

Ramona S. Notinger
US Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

          /s/   Chris D. Parker
          Chris D. Parker