```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 7:16-CV-00126 |
| LARRY CECIL CABELKA, | ) |
| Defendant and Cross-Plaintiff, | ) |
| VS. | ) |
| LOGSDON FARMS, INC., CHAD LOGSDON, BILLY LOGSDON, REBECCA CABELKA THORPE, JARED CABELKA, AMANDA SLATE, BONNIE CABELKA, PRICE FARMS, LLC and KENT PRICE, | ) |
| Cross-Defendants. | ) |

## ORIGINAL ANSWER OF CROSS-DEFENDANT AMANDA SLATE

TO THE HONORABLE DISTRICT COURT JUDGE:

Subject to the Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Cross-Defendant Amanda Slate (the "Slate Cross-Defendant") files this Answer to the Crossclaim filed by Defendant and Cross-Plaintiff Larry Cecil Cabelka ("Cabelka"), and would respectfully show the Court the following:

Cabelka has made no allegations of jurisdiction or venue in his Crossclaim. As set forth in their Motion to Dismiss, the Slate Cross-Defendant denies that this court has subject matter jurisdiction over the claim.

1. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 1 of Cabelka's Crossclaim.

2. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 2 of Cabelka's Crossclaim.

3. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 3 of Cabelka's Crossclaim.

4. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 4 of Cabelka's Crossclaim.

5. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 5 of Cabelka's Crossclaim.

6. The Slate Cross-Defendant denies the allegations contained in paragraph number 6 of Cabelka's Crossclaim.

7. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 7 of Cabelka's Crossclaim.

8. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 8 of Cabelka's Crossclaim.

9. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 9 of Cabelka's Crossclaim.

10. The Slate Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 10 of Cabelka's Crossclaim.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Amanda Slate asks the Court to enter a judgment that Cross-Plaintiff Larry Cecil Cabelka take nothing by his action against her and that the Slate Cross-Defendant has and recover her costs.

Respectfully submitted,

AMANDA SLATE
4520 Copperwood Street
Duncan, OK  73533
(580) 467-4392
Onsiterents@yahoo.com

By: /s/ Amanda Slate
Amanda Slate, Pro se

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2016, the foregoing document was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Larry Cecil Cabelka
P.O. Box 295
Megargel, TX 76370
Larry.cabelka@yahoo.com

Ramona S. Notinger
US Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

AMANDA SLATE
4520 Copperwood Street
Duncan, OK  73533
(580) 467-4392
Onsiterents@yahoo.com

By_____
Amanda Slate, Pro se

USPS Priority Mail Express shipping label

FROM: Amanda Slate
4520 Copperwoods
Dunland, TX 73533

TO: US District Court
Northern District of Texas
501 West 10th St Room 254
N66 Fortworth Division TX
501-742-6412-6