UNITED STATES DISTRICT COURT )
NORTHERN DISTRICT OF TEXAS )
WICHITA FALS DIVISION )
UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
VS. )
) CASE NO. 7:16-CV-00126
LARRY CECIL CABELKA, )
)
        Defendant and Cross-Plaintiff, )
)
VS. )
)
LOGSDON FARMS, INC., CHAD )
LOGSDON, BILLY LOGSDON, )
REBECCA CABELKA THORPSE, JARED )
CABELKA, AMANDA SLATE, BONNIE )
CABELKA, PRICE FARMS, LLC, and, )
KENT PRICE, )
)
        Cross-Defendants. )

## ORIGINAL ANSWER OF CROSS-DEFENDANT REBECCA CABELKA THORP

TO THE HONORABLE DISTRICT COURT JUDGE:

      Subject to the Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Cross-Defendant, Rebecca Cabelka Thorp (hereafter "the Thorp Defendant") files this Answer to the Crossclaim filed by Defendant and Cross-Plaintiff Larry Cecil Cabelka (hereafter "Cabelka"), and would respectfully show the Court the following:

Cabelka has made no allegations of jurisdiction or venue in his Crossclaim. As set forth in their Motion to Dismiss, the Thorp Cross-Defendant denies that this Court has subject matter jurisdiction over the claim.

1.    The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 1 of Cabelka's Crossclaim.

2.    The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 2 of Cabelka's Crossclaim.

3.    The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 3 of Cabelka's Crossclaim.

4. The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 4 of Cabelka's Crossclaim.

5. The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 5 of Cabelka's Crossclaim.

6. The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 6 of Cabelka's Crossclaim.

7. The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 7 of Cabelka's Crossclaim.

8. The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 8 of Cabelka's Crossclaim.

9. The Thorp Cross-Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph number 9 of Cabelka's Crossclaim.

10. I have filed separate income tax returns since 1986 when Larry Cabelka declared bankruptcy.

11. I was divorced from Larry Cabelka in 2001.

12. I have no knowledge of his income and expenses since 1986 and was not involved in reporting any tax information to the I.R.S.

13. The forgery alleged in paragraph 4 of Cabelka's Crossclaim which this Defendant denies is not related to Larry Cabelka.

Respectfully Submitted,

Rebecca Thorp
609 10th Street
Snyder, OK 73566
Pro-Se Cross-Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2017, the foregoing document was filed with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court. The electronic case filing system will send a "notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Larry Cecil Cabelka
PO Box 295
Megargel, TX 76370
Larry.cabelka@yahoo.com

Ramona S. Notinger
US Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

Amanda Slate
4520 Copperwood Street
Duncan, OK 73533
Onsiterents@yahooo.com

*/s/ Rebecca J. Thorp*
Rebecca Thorp
609 10th Street
Snyder, OK 73566
Pro-Se Cross-Defendant

Rebecca Thorp
609 10th Street
Snyder, OK 73566

January 12, 2017

United States District Court
Northern District of Texas
Wichita Falls Division
1000 Lamar Street, Room 203
Wichita Falls, TX 76301

  Re: *Case No. 7:16-CV-00126*

Dear Court,

  Enclosed please find the original and one (1) copy of the following:

  (1)  Cross-Defendant Rebecca Cabelka Thorp's Certificate of Interested Persons;

  (2)  Original Answer of Cross-Defendant Rebecca Cabelka Thorp; and,

  (3)  Cross-Defendant Rebecca Thorp's Motion to Dismiss Under Federal Rules of Civil Procedure 12(B)(1) and Brief in Support.

Please file same of record and return a file stamped copy of each back to me in the self-addressed, stamped envelope I have enclosed for that purpose.

            Sincerely,

            Rebecca Thorp

Rebecca Thorp
609 10th Street
Snyder, OK 73566

RECEIVED
JAN 23
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MIS-SENT TO BAYLOR UNIV WACO TX

United States District Court
Northern District of Texas
Wichita Falls Division
1000 Lamar Street, Room 203
Wichita Falls, TX 76301


