UNITED STATES DISTRICT COURT
for the Northern District of Texas

FILED
MAY 26 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:16.cv-00126-O-BP |
| LARRY CECIL CABELKA, | ) |
| Defendant. | ) |

### Notice Of Deposition And Request For Production Of Documents

DEFENDANT LARRY CECIL CABELKA'S NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS TO THIRD-PARTY DEFENDANTS:

JARED CABELKA,
LOGSDON FARMS, INC.
CHAD LOGSDON
BILLY LOGSDON
REBECCA CABELKA THORPE
AMANDA SLATE
BONNIE CABELKA
PRICE FARMS, LLC
KENT PRICE
Fred Rice
AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, DEFENDANT LARRY CECIL CABELKA will take the deposition of the KENT PRICE.

This deposition will take place at the COMANCHE COUNTY COURTHOUSE, JUDGE NEUWIRTH's JURY ROOM, FIFTH FLOOR, 315 SW 5th Street, Lawton, OK, commencing at 3:00 p.m., on 6/9/, 2017, unless the parties mutually agree to hold the deposition on a different date or time and/or at a different location.

This deposition will be taken by stenographic and audio/video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, the deponent is to produce at the deposition the documents identified in Exhibit1 attached to this Notice.

Dated: ___/_____/2017

5

5   All documents of any financial institution on accounts in which Jared Cabelka has or had an interest, has deposited checks or money received from any person or entity, or has or had signatory authority, during the time period from January 1, 1997 through and including April 15, 2017, including, but not limited to:

   (a)   all monthly or other periodic checking account statements;
   (b)   all monthly or other periodic savings account statements;
   (c)   all monthly or other periodic credit union statements;
   (d)   all cancelled checks, negotiable orders of withdrawal, deposit slips or receipts, deposit items, transit items, or other documents from all financial institutions; (e) all documents pertaining to certificates of deposit; and (f) all documents pertaining to wire transfers.

**7.** All documents pertaining to any entity in which Jared Cabelka has or had an interest, including, but not limited to, corporate charters, corporate by-laws, limited partnership agreements, limited liability company agreements, lists of assets, financial statements, loan applications, cancelled checks, deeds, deeds of trust, contracts, leases, settlement statements, bills of sale, listing agreements, federal tax returns, and any documents that Jared Cabelka signed on behalf of any entity, since January 1, 1997.

8.   Copies of all receipts of income, payments receipts of income from you to Golden Triangle Trucking or any Golden Triangle entity wherein you directed the 1099 to be issued to Larry Cabelka or Golden Triangle Farms

11. Your 1997-2009 federal income (Form 1040 and 1040X) tax returns; and if your 2016 federal income tax return has not been filed with the IRS, then produce any and all 2016 IRS Form W-2s, 1099s, 1098s, and K-1s; and all federal corporate income (Form 1120 and 1120S) tax returns and federal partnership income (Form 1065) tax returns you signed or filed with the IRS during tax years 2013-2016.

12.   All documents not specifically requested above that pertain to any defense which KENT PRICE or PRICE FARMS, LLC claims or may claim in this lawsuit.