IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 7:16-cv-00126-O |
| LARRY CECIL CABELKA et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 7:18-cv-00174-O |
| LARRY CECIL CABELKA et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 81), issued on June 4, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** the parties' Joint Motion to Approve Sale of Megargel Property to Randell and Rebecca McAnally for the amount of $35,000.00 in the form attached as Exhibit 2 to the Joint Motion to Approve Sale of Megargel Property to Randell and Rebecca

McAnally, for Expedited Ruling, and Supporting Brief. Cause No. 7:16-cv-00126-O-BP, ECF No. 327; Cause No. 7:18-cv-00174-O-BP, ECF No. 78.

**SO ORDERED** on this **21st day** of **June, 2021**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**