IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:16-cv-00126-O-BP |
| § | |
| LARRY CECIL CABELKA, § | |
| § | |
| Defendant. § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Joint Motion of United States and Receiver to Approve Sale of Granny's Place (25 Acres) and Lease of Cabelka's Life Estate in 135 Acres to Shawn and Beth Fletcher, for Expedited Ruling, and Supporting Brief ("Joint Motion") filed December 12, 2025 (ECF No. 460); Objection to the Joint Motion that Larry Cabelka filed on January 6, 2026 (ECF No. 461); and the Reply that the United States and Receiver filed on January 6, 2026 (ECF No. 462).

After reviewing the pleadings, evidence, and relevant authorities, the undersigned **RECOMMENDS** that Chief United States District Judge Reed O'Connor Grant the Joint Motion (ECF No. 460).

On January 30, 2018, the Court entered an Amended Final Judgment in this case against Defendant Larry Cabelka in the amount of $26,400,532.02 ("the Amended Judgment"). The United States Court of Appeals for the Fifth Circuit affirmed the Amended Judgment on March 26, 2019. *United States v. Larry Cecil Cabelka*, 766 F. App'x 57 (5th Cir. 2019).

By Order dated March 22, 2021, the Court appointed Robert E. Ogle as Receiver to take possession of property Cabelka owned that could be sold to help satisfy the Amended Judgment.

ECF No. 324. That Order requires that the Receiver obtain the Court's permission to sell property. In the pending Joint Motion, the Receiver seeks the Court's permission to sell certain property located in Comanche County, Oklahoma ("Granny's Place") and lease Cabelka's life estate in certain other property located in Comanche County, Oklahoma ("the Cabelka Life Estate"), in partial satisfaction of the Amended Judgment. Granny's Place and the Cabelka Life Estate are described in Exhibit 1 included in the Joint Motion. ECF No. 460 at 6.

The Receiver has identified two potential buyers, Shawn and Beth Fletcher, husband and wife, who have agreed to purchase Granny's Place for $65,000.00 and to lease the Cabelka Life Estate for $3,375.00 per year, subject to approval of the Court. *See* ECF No. 460 at 7-10, 13-16. The sale and lease are on an "as is" basis. *Id.* at 7, 14. The sales price equates to $2,600.00 per acre, and the lease price equates to $25.00 per acre per year. *Id.* at 2. Although "[t]he Receiver has received several informal offers on the Properties, [] the Fletchers made the highest offers on the Properties to date." *Id.*

Larry Cabelka objects to the Joint Motion and asserts that Shayla Whittaker made the highest bid to purchase Granny's Place for a total of $80,000.00. ECF No. 461 at 1. In reply, the Receiver notes that he received "several informal offers but no other written offers" for the property at issue other than by the Fletchers. ECF No. 462 at 2. He also reports that there was no other interest in the proposed lease of the Cabelka Life Estate. *Id.* The United States and the Receiver also argue that Cabelka's Objection was late, made in bad faith, and made without evidentiary support. *Id.* They also observe that Shayla Whittaker, Lary Cabelka's daughter, did not make a written offer to purchase Granny's Place. *Id.* at 1-2.

The Court concludes that the proposed sale of Granny's Place and lease of Cabelka's Life Estate to Shawn and Beth Fletcher appear to be "necessary or appropriate for the enforcement of the internal revenue laws." 26 U.S.C. § 7402(a).

Accordingly, the undersigned **RECOMMENDS** that Chief Judge O'Connor approve and confirm the proposed sale of Granny's Place to Shawn and Beth Fletcher for the amount of $65,000.00 and the proposed lease of the Cabelka Life Estate to Shawn and Beth Fletcher for $3,375.00 per year in the form included in the Joint Motion of United States and Receiver to Approve Sale of Granny's Place (25 Acres) and Lease of Cabelka's Life Estate in 135 Acres to Shawn and Beth Fletcher, for Expedited Ruling, and Supporting Brief ("Joint Motion") filed December 12, 2025 (ECF No. 460). ECF No. 460 at 11-12, 13-16.

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions, and recommendation must file specific written objections within fourteen days after being served with a copy. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's Findings, Conclusions, and Recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. See *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), modified by statute on other grounds, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).

**SIGNED** on January 16, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE

3