IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:16-cv-00126-O-BP |
| § | |
| LARRY CECIL CABELKA, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **APPROVES** and **CONFIRMS** the proposed sale of Granny's Place to Shawn and Beth Fletcher for the amount of $65,000.00 and the proposed lease of the Cabelka Life Estate to Shawn and Beth Fletcher for $3,375.00 per year in the form included in the Joint Motion of United States and Receiver to Approve Sale of Granny's Place (25 Acres) and Lease of Cabelka's Life Estate in 135 Acres to Shawn and Beth Fletcher, for Expedited Ruling, and Supporting Brief ("Joint Motion") filed December 12, 2025 (ECF No. 460). ECF No. 460 at 11-12, 13-16.

**SO ORDERED** on this **2nd day** of **February, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**